# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LAMINA PACKAGING INNOVATIONS LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BEATS ELECTRONICS, LLC ) <br> ) <br> Defendant. ) | Case No. 2:13-cv-00148 <br><br> Jury Trial Demanded |

## ORDER GRANTING BEATS' UNOPPOSED MOTION TO STAY

Before the Court is the Unopposed Motion to Stay brought by Beats Electronics, LLC. After consideration of same, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that this matter is hereby stayed pending a final determination by the ITC.

**So ORDERED and SIGNED this 1st day of April, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE